JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO SANCHEZ, | Case No. 8:19-cv-01930-MCS-AGR |
| Petitioner, | |
| v. | **JUDGMENT** |
| PATRICK COVELLO, | |
| Respondent. | |

Pursuant to the Court's Order Accepting in Part and Rejecting in Part Findings and Recommendations of United States Magistrate Judge, it is adjudged that this action is dismissed with prejudice.

DATE: December 26, 2024

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE